# United States District Court
## Southern District of Georgia

MICHAEL MCNAIR,

      Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 118-059

MCDUFFIE COUNTY DETENTION CENTER, et al.,

      Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated September 5, 2018 adopting the Report and Recommendation as the opinion of the Court, this case is dismissed without prejudice. This civil action stands closed.

09/05/2018
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*